■ In the Matter of the Claim of BOBBY WHITE, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed July 22, 1974, which affirmed the decision of a referee sustaining an initial determination of the Industrial Commissioner disqualifying claimant from receiving benefits on the ground he voluntarily left his employment without good cause by provoking his discharge (Labor Law, § 593, subd 3). There is substantial evidence in the instant record to support the board's factual findings even accepting, *arguendo,* claimant's argument that the testimony of the supervisor should not be accepted because of his failure to have an opportunity for cross-examination (cf. *Matter of Harper [Levine]*, 41 AD2d 975). The board's determination must, therefore, be affirmed. Decision affirmed, without costs. Herlihy, P. J., Sweeney, Koreman, Larkin and Reynolds, JJ., concur.

■ In the Matter of PATRICK LAWSON, Respondent, v DRUG ABUSE CONTROL COMMISSION et al., Appellants.—Appeal from a judgment of the Supreme Court at Special Term, entered February 27, 1975 in Washington County, which, in a proceeding pursuant to CPLR article 78, granted jail-time credit for the time served by petitioner at Woodbourne Rehabilitation Center between December 3, 1973 and May 22, 1974. In view of the peculiar circumstances of this case, wherein it is conceded that there was confusion concerning just which commitments the petitioner was detained under, and the purpose for which he was detained at Woodbourne Rehabilitation Center during the period in question, the petitioner should receive jail-time credit for that period. Judgment affirmed, without costs. Herlihy, P. J., Sweeney, Kane, Koreman and Larkin, JJ., concur.